IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENA *DUCES TECUM* TO JOSEPH L. BRAND | MISC. CASE NO. _____ |
| FELIPE VICINI LLUBERES and JUAN VICINI LLUBERES, <br><br> Plaintiffs, <br><br> vs. <br><br> UNCOMMON PRODUCTIONS, LLC and WILLIAM M. HANEY III, <br><br> Defendants. | CIVIL ACTION NO. 07-11623 (D. Mass.) |

**LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF**
**<u>UNCOMMON PRODUCTIONS, LLC</u>**

I, the undersigned, counsel of record for Uncommon Productions, LLC, hereby certify that, to the best of my knowledge and belief, Uncommon Productions, LLC, is a privately held limited liability company and has no parent companies, subsidiaries or affiliates with outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 11, 2008

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

By: _/s/ John B. O'Keefe_
John B. O'Keefe, D.C. Bar No. 974892
1050 Seventeenth Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 508-1100
Email: jokeefe@lskslaw.com