IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE SUBPOENA *DUCES TECUM* TO JOSEPH L. BRAND** | **CASE NO. 08-MC-517 (RJL)** |
| **FELIPE VICINI LLUBERES and JUAN VICINI LLUBERES,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNCOMMON PRODUCTIONS, LLC and WILLIAM M. HANEY III,**<br><br>Defendants. | **CIVIL ACTION NO. 07-11623 (D. Mass.)** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned will appear as counsel in this action on behalf of Movants Uncommon Productions, LLC, and William M. Haney III. The undersigned hereby certifies that she is admitted to practice in this Court.

Dated:  August 13, 2008          Respectfully submitted,

By:  /s/ Elizabeth C. Koch
     Elizabeth C. Koch, D.C. Bar No. 412828

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C.  20036-5514
Telephone: (202) 508-1100
Facsimile: (202) 861-9888
Email: bkoch@lskslaw.com