IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNCOMMON PRODUCTIONS, LLC and WILLIAM M. HANEY III,**<br><br>Movant,<br><br>v.<br><br>**JOSEPH L. BRAND, ESQ.,**<br><br>Respondent. | Misc. Case No. 08-00517 (RJL)<br><br>**UNDER SEAL** |

## NOTICE OF FILING

Mr. Joseph L. Brand, Esq. ("Respondent" or "Mr. Brand"), by and through his undersigned counsel, hereby file notice that on August 22, 2008, an unredacted version of his Opposition To Motion To Compel Compliance With Subpoena *Duces Tecum* And Memorandum In Support Of Cross-Motion To Quash Subpoena, and Exhibits ("Opposition"), will be filed with the Clerk of the Court under seal. These documents will not be available for public viewing.

Respectfully submitted,

/s/ Benjamin G. Chew
Read K. McCaffrey, Esq.
Stephen Díaz Gavin, Esq.
Benjamin G. Chew, Esq. (DC Bar #418577)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
Telephone:  (202) 457-6000
Facsimile:   (202) 457-6315
E-mail:      bchew@pattonboggs.com

*Counsel for Respondent Joseph L. Brand and Plaintiffs in the Underlying Action Felipe Vicini Lluberes and Juan Vicini Lluberes*

Dated:  August 22, 2008

4976210

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2008, I mailed by first class mail, postage prepaid, and electronically filed with the Clerk using the CM/ECF system, which will then send a notification of such filing (NEF), the foregoing Notice of Filing upon the following:

>Elizabeth C. Koch, Esq.
>LEVINE SULLIVAN KOCH & SHULTZ, LLP
>1050 17th Street, NW
>Suite 800
>Washington, DC  20036
>Telephone:  (202) 508-1100
>Facsimile:   (202) 861-9888
>E-mail:       bkoch@skslaw.com
>
>*Counsel for Defendants in the Underlying Action*
>
>/s/ Benjamin G. Chew
>Benjamin G. Chew

4976210